PS 8
(5/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.  Travis D. Bowman  Docket No.  0980 4:143CR06015-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW David L. McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Travis D. Bowman, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 17th day of April, 2014, under the following conditions:

<u>Condition #9:</u> Defendant shall refrain from the use of unlawful possession of a narcotic drug or other controlled substances, defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether Defendant has been prescribed a medical marijuana card.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

<u>Violation #1:</u> Travis Bowman is considered to be in violation of his period of pretrial supervision by using a controlled substance, cocaine, on or prior to July 21, 2014.

PRAYING THAT THE COURT WILL TAKE NO ACTION

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  August 1, 2014

by   s/David L. McCary

David L. McCary
U.S. Pretrial Services Officer

### THE COURT ORDERS

[✓] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

8/6/14
Date